CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
AUG 22 2006
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CHEN K. HSU,<br><br>                              *Plaintiff,*<br><br>v.<br><br>CITY OF STAUNTON,<br><br>                             *Defendant.* | CIVIL ACTION No. 3:05-CV-00037<br><br><br><u>ORDER</u><br><br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant's Motion for Summary Judgment, filed March 1, 2006.

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is GRANTED. This matter shall be TERMINATED and stricken from the docket of this Court.

It is so ORDERED.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

August 22, 2006
Date